MOTOR TRANSPORT COMPANY, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL., RESPONDENTS.

Argued May 23, 1928—Decided October 15, 1928.

For the appellant, *Osborne, Cornish & Scheck.*

For the respondents, *John O. Bigelow* and *Edward L. Katzenbach.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.